UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: 08/29/06

To:                                ATTN: ( ) CIVIL
     REDACTED

                                       ( ) CRIMINAL

                                       (XX) JUDGE

From:  Shari Fuhrer
        U.S. District Court for Alaska
        222 West 7th Avenue, #4
        Anchorage, Alaska 99513


DC No: 3:01-cv-00063 - RRB            Appeal No: 03-35313 /05-35437

Short title: Mar Com Inc v F/V Hickory Wind

Composition of Record

Clerk's Files in   4   volumes  (xxx) original   ( ) certified copy

      Bulky docs.  1  expando, docket #  109  (briefs- excerpts)
                                    (folders)

Reporter's in  1   (xx) original  ( ) certified copy
Transcripts dkt # 100-103

Exhibits:  in _____ envelopes   ( ) under seal


_____ boxes   ( ) under seal

Other:  **NOTE: (certified copy of ACMS and ECF dockets enclosed)**

_____

(please note any documents filed under seal)


Acknowledgement: _____    Date: _____
"record.app" [11/21/97]

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: __08/29/06__

To:                                      ATTN: ( ) CIVIL
    REDACTED

                                                       ( ) CRIMINAL

                                                       (XX) JUDGE

From:  Shari Fuhrer
       U.S. District Court for Alaska
       222 West 7th Avenue, #4
       Anchorage, Alaska 99513

DC No: __3:01-cv-00063 - RRB__         Appeal No: __03-35313 /05-35437__

Short title: __Mar Com Inc v F/V Hickory Wind__

Composition of Record

Clerk's Files in __4__ volumes  (xxx) original  ( ) certified copy

    Bulky docs. __1__ expando, docket # __109  (briefs- excerpts)__
                                        (folders)

Reporter's in __1__ (xx) original  ( ) certified copy
Transcripts  dkt # 100-103

Exhibits:  in _____ envelopes  ( ) under seal

_____ boxes  ( ) under seal

Other: __**NOTE: (certified copy of ACMS and ECF dockets enclosed)**__

(please note any documents filed under seal)

Acknowledgement: _____  Date: _____
"record.app" [11/21/97]

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: 08/29/06

To:  
    REDACTED

ATTN: ( ) CIVIL

( ) CRIMINAL

(XX) JUDGE

From:  Shari Fuhrer  
    U.S. District Court for Alaska  
    222 West 7th Avenue, #4  
    Anchorage, Alaska 99513

DC No: 3:01-cv-00063 - RRB      Appeal No: 03-35313 /05-35437

Short title: Mar Com Inc v F/V Hickory Wind

Composition of Record

Clerk's Files in  4  volumes  (xxx) original  ( ) certified copy

    Bulky docs.  1  expando, docket #  109  (briefs- excerpts)  
               (folders)

Reporter's in  1  (xx) original  ( ) certified copy  
Transcripts  dkt # 100-103

Exhibits:  in _____ envelopes  ( ) under seal

_____ boxes  ( ) under seal

Other: **NOTE: (certified copy of ACMS and ECF dockets enclosed)**

(please note any documents filed under seal)

Acknowledgement: _____  Date: _____

"record.app" [11/21/97]