UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 05 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| MAR COM, INC.,<br><br>          Plaintiff - Appellee<br><br>v.<br><br>F/V HICKORY WIND; HICKORY WIND LLC,<br><br>          Defendants - Appellants | No. 05-35437<br>D.C. No. CV-01-00063-A-RRB<br><br>**MANDATE** |

RECEIVED

MAY 0 8 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

The judgment of this Court, entered 4/11/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Synitha Fuller
Deputy Clerk