***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 05/05/2008 at 12:00:33 PM PDT and filed on 05/05/2008
**Case Name:**        Mar Com, Inc. v. F/V Hickory Wind, et al
**Case Number:**      05-35437
**Document(s):**      Document(s)

**Docket Text:**
MANDATE ISSUED.(ALA, WAF and JBR) Cost awarded to APPELLEE $202.90.

The following document(s) are associated with this transaction:
**Document Description:** Mandate Letter
**Original Filename:** /opt/ACECF/live/forms/synitha_0535437_6522093_MandateForm_108.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=05/05/2008] [FileNumber=6522093-0]
[21f24fd0d7d586e8fbed2b3e97f6b03382789b1975f09e6513f915d22b931d5dc76cf11c7845918fe2965fe
**Recipients:**

- Scheer, Markos, Attorney
- Schroer, Janet M., Attorney
- USDC, Anchorage
- Von Kallenbach, Dean Gordon, Attorney
- Young, John Graeme, Attorney

**Notice will be electronically mailed to:**

Schroer, Janet M., Attorney

**Notice will be mailed to:**

Scheer, Markos, Attorney
YOUNG deNORMANDIE, PC
Ste 1901
1191 Second Ave.
Seattle, WA 98101-2985

USDC, Anchorage
District of Alaska (Anchorage)
222 West 7th Avenue
Anchorage, AK 99513-9513

Von Kallenbach, Dean Gordon, Attorney
YOUNG deNORMANDIE, PC
Suite 1901
1191 Second Ave.
Seattle, WA 98101-2985

Young, John Graeme, Attorney
YOUNG deNORMANDIE, PC
Suite 1901
1191 Second Ave.
Seattle, WA 98101-2985

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 6522093
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 5608491