IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
FEB 1 8 2008
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| MAR COM, INC., | ) | |
| --- | --- | --- |
| | ) | CA No. 05-35437 |
| Plaintiff-Appellee, | ) | |
| | ) | U.S. District Court |
| v. | ) | No. CV-01-00063-A-RRB |
| | ) | |
| F/V HICKORY WIND; HICKORY | ) | PLAINTIFF-APPELLEE'S |
| WIND LLC, | ) | COST BILL |
| | ) | |
| Defendants-Appellants. | | |

**RECEIVED**
MAY 0 8 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

The Clerk is requested to tax the following costs against Appellant.

| Cost Taxable under FRAP 39, 28 U.S.C. § 1920, Circuit Rule 39-1 | REQUESTED Each Column Must Be Completed | | | | ALLOWED To Be Completed by the Clerk | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | No. Of Docs. | Pages per Doc. | Cost per page | TOTAL COST | No. Of Docs. | Pages per Doc. | Cost per page | TOTAL COST |
| Excerpt of Record | – | – | – | – | | | | |
| Appellant's Brief | – | – | – | – | | | | |
| Appellee's Brief | 20 | 64 | .10 | 128.00 | | | | |
| Appellant's Reply Brief | – | – | – | – | | | | |
| Other - S.E.R. | 7 | 107 | .10 | 74..90 | | | | |
| | | | TOTAL | $202.90 | | | TOTAL | $ |

/////

/////

/////

/////

Page 1 -   PLAINTIFF-APPELLEE'S COST BILL

I, Janet M. Schroer, swear under penalty of perjury that the services for which costs are taxed were actually and necessarily performed, and that the requested costs were actually expended as listed.

DATED this 15 day of April 2008.

HOFFMAN, HART & WAGNER, LLP

Janet M. Schroer, OSB No. 813645
Of Attorneys for Plaintiff-Appellee

---

Date: 5/5/08   Costs are taxed in the amount of
$ 202.90

Clerk of Court

By: _____, Deputy Clerk

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAY 5 - 2008

by: _____
Deputy Clerk

Page 2 -   PLAINTIFF-APPELLEE'S COST BILL

## CERTIFICATE OF SERVICE

I hereby certify that on the __15__ day of April 2008, I filed the foregoing

BILL OF COSTS by mailing the original and 4 copies to the following address:

> Clerk of the Court
> United States Court of Appeals
> for the Ninth Circuit
> P.O. Box 193939
> San Francisco, CA 94119-3939

I further certify that on the __15__ day of April 2008, I served the foregoing

BILL OF COSTS on the following counsel of record at the following addresses:

> Dean von Kallenbach
> Young deNormandie PC
> 1191 2nd Avenue, Suite 1901
> Seattle, WA 98101-2985

by mailing to him true and correct copies thereof, certified by me as such, placed in sealed envelopes addressed to them at the addresses set forth above, and deposited in the U.S. Post Office at Portland, Oregon on said day with postage prepaid.

Dated this __15__ day of April 2008.

_____
Janet M. Schroer, OSB No. 813645

Page 3 -   PLAINTIFF-APPELLEE'S COST BILL