## RECORDS RETURN

DATE:    May 13, 2008

TO:      U.S DISTRICT COURT CLERK'S OFFICE
         U.S. District Court for Alaska
         222 West 7th Avenue, #4
         Anchorage, AK 99513

FROM:

TITLE:    **Mar Com Inc v. F/V Hickory Wind**

**CA No.  03-35313/05-35437**              **DC No. 3:01-cv-00063-RRB**

4 VOLUME OF CLERK'S FILES

1 REPORTER'S TRANSCRIPT

1 BULKY DOCUMENT

**Other**:

cc:    Records Unit, Clerk's Office, San Francisco
       Steve Seferian:   (415) 355-8559 (Fax)