Mark C. Manning
MARK C. MANNING, P.C.
431 West 7th Ave., Ste. 204
Anchorage, Alaska  99501
(907) 278-9794 fax 278-1169
manning@alaska.net
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| MAR COM, INC., an Oregon corporation, )<br>)<br>    Plaintiff,  )<br>)<br>v.  )<br>)<br>F/V HICKORY WIND, official number )<br>D594154,  its engines, tackle, gear, )<br>apparel, furniture, and equipment, *in rem*, )<br>and  )<br>HICKORY WIND, L.L.C., a Washington )<br>domestic limited liability company, )<br>*in personam*,  )<br>)<br>    Defendants.  )<br>_____)  | Case No.  3:01-cv-00063-RRB |

**STIPULATION CONCERNING COST BILL**

The parties stipulate that the clerk may tax the costs that appear on Plaintiff's March 18, 2003, Bill of Costs.  In case the original Bill of Costs is in storage, Plaintiff is filing a copy in conjunction with this stipulation.

/

/

_____DATED this 18th day of June, 2008.

           _____s/ Mark C. Manning_____
             MARK C. MANNING, P.C.
             Counsel for Plaintiff
             431 West 7th Avenue, Ste. 204
             Anchorage, AK 99501
             Phone: (907) 278-9794
             Fax: (907) 278-1169
             **manning@alaska.net**
             ABA No. 8110066


           _____s/ Dean G. von Kallenbach(consent)_____
             Dean G. von Kallenbac, *pro hac vice*
             YOUNG, deNORMANDIE
             1191 Second Avenue, Ste. 1901
             Seattle, WA 98101
             (206) 224-9818
             dgvk@ydnlaw.com