Craig Murphy, OSB No. 73217
Wood Tatum Sanders & Murphy
1001 S.W. Fifth Avenue, Suite 1300
Portland, OR 97204
Telephone: (503) 224-5430
Facsimile: (503) 241-7235

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MAR COM, INC., an Oregon corporation, | Civil No. A01-0063 CIV (RRB) |
| Plaintiff, | AFFIDAVIT OF CRAIG MURPHY IN SUPPORT OF BILL OF COSTS OF MAR COM, INC. |
| v. | |
| F/V HICKORY WIND, official number B5941454, its engine, tackle gear, apparel, furniture and equipment, *in rem*; and HICKORY WIND, L.L.C., a Washington domestic liability company, *in personam*, | |
| Defendant(s). | |

STATE OF OREGON    )
                   ) ss
County of Multnomah )

I, Craig Murphy, being first duly sworn, depose and say as follows:

As attorney acting on behalf of Mar Com, Inc., I make this Affidavit in Support of Bill of Costs of Mar Com, Inc., in this matter. I can attest to the following facts regarding the attendance at trial of witnesses Bob Brown, Neal Liddell and Doug Craig:

Page 1  AFFIDAVIT OF CRAIG MURPHY IN SUPPORT OF
        BILL OF COSTS

Wood Tatum Sanders & Murphy
1001 SW 5th Ave., Suite 1300
Portland, Oregon 97204
Telephone: (503) 224-5430

1. The testimony of each of these witnesses was necessary in order to establish the underlying facts in support of all claims regarding the work performed and the agreed contract price for such work as asserted by Mar Com in this litigation.

2. Witnesses Brown, Liddell and Craig all reside in or near Portland, Oregon, and were required to travel to Anchorage, Alaska, in order to attend trial and present testimony. Witness Brown attended trial for one day; witnesses Liddell and Craig attended trial for two days.

3. All witnesses utilized common carrier air transportation from Portland, Oregon, to Anchorage, Alaska, and then returned to Portland. The actual airfare expenses incurred by Mar Com as confirmed on the attached American Express Billing printout are as follows:

| | |
|---|---|
| Bob Brown | $839.90 |
| Doug Craig | $839.90 |
| Neal Liddell | $936.90 |

Mr. Liddell's airfare expense was larger than the others due to a routing change. The total airfare travel expenses incurred by Mar Com are thus $2,616.70. These costs are recoverable pursuant to 28 USC Sec. 1920.

5. A trial attendance fee of $40 per day is permitted pursuant to 28 U.S.C. § 1821(b). This daily rate is payable for travel time to and from the place of trial. The travel time for each witness totaled two days. The total attendance fee for all three witnesses is thus $240.

6. Overnight stays in Anchorage of one day for witness Brown and two days for witnesses Craig and Liddell were required. Lodging reimbursement for each witness in the amount of $40 per night is requested, together with a meal allowance of $40 per day for each witness for each day of trial attendance. The specific request totals $80 for witness Brown and $160 each for witnesses Craig and Liddell. The total amount requested for lodging and meals is thus $400.

Page 2  AFFIDAVIT OF CRAIG MURPHY IN SUPPORT OF
BILL OF COSTS

Wood Tatum Sanders & Murphy
1001 SW 5th Ave., Suite 1300
Portland, Oregon 97204
Telephone: (503) 224-5430

7. Copying costs to Pacific Legal for documents used in trial is $511.68 and the services Of Bolam and Associates court reporters for depositions of Brown and Liddell total $229.00.

8. Reimbursement for all of these costs is requested pursuant to 28 U.S.C. § 1821. The total amount of plaintiff's cost bill is thus:

| | | |
|---|---|---|
| 1. | Airfare | $2,616.70 |
| 2. | Trial attendance | $ 240.00 |
| 3. | Meals/Lodging | $ 400.00 |
| 4. | Copying Costs | $ 511.68 |
| 5. | Court Reporters | $ 229.00 |
| | Total: | $3,997.38 |

9. Plaintiff Mar Com is entitled to recover costs in the amount to $3,997.38, and requests that this amount be taxed as costs when the Judgment is filed.

Dated: March 18, 2003.

_____
Craig Murphy

SUBSCRIBED AND SWORN TO before me by Craig Murphy this 18th day of March, 2003.



_____
NOTARY PUBLIC FOR OREGON
My Commission Expires: 4-18-03

Page 3   AFFIDAVIT OF CRAIG MURPHY IN SUPPORT OF
         BILL OF COSTS

Wood Tatum Sanders & Murphy
1001 SW 5th Ave., Suite 1300
Portland, Oregon 97204
Telephone: (503) 224-5430

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing Affidavit of Craig Murphy and Bill of Costs to be served on the following party by Regular Mail on March 18, 2003:

Dean von Kallenbach
Young, deNormandie & Oscarsson
1191 Second Avenue, Suite 1901
Seattle, WA 98101

Dated this 18th day of March 2003.

Craig C. Murphy
Counsel for Plaintiff Mar Com, Inc.

03/11/03 TUE 16:57 FAX 5032855874    MAR COM INC.    ☒002

 

**OPEN** SMALL BUSINESS NETWORK℠

To manage your account, visit us online at open.americanexpress.com or call 800-492-3344

Page 1 of 6

RECEIVED FEB 19 2003

## Business Gold Card

Prepared For
TOM R MAPLES
MAR COM INC.

Closing Date: February 13, 2003
Account Number: 3782-663214-85006

| Previous Card Balance $ | Card Payments/Credits $ | New Card Charges $ | New Card Balance $ | |
|---|---|---|---|---|
| 1,155.41 | -1,116.46 | 5,996.83 | 6,035.78 | Please Pay Upon Receipt |

* Indicates posting date.

Terms - Payable in full on receipt of Statement.

Please refer to page 4 for important information regarding your account

Because your payment was received late, you may have forfeited *Membership Rewards®* points. Please visit our website at americanexpress.com/rewards or call 1-800-AXP-EARN (297-3276) for more information or to reinstate points. There is a $15.00 fee for each month of points you want to reinstate.

### Cardmember Snapshot

| Cardmember Name | Card Number | Total Payments/Credits $ | Total New Charges $ |
|---|---|---|---|
| TOM R MAPLES | 3782-663214-85006 | -1,116.46 | 5,913.90 |
| JANICE GREIFF | 3782-663214-81021 | 0.00 | 82.93 |
| Total | | -1,116.46 | 5,996.83 |

### Card Transactions for TOM R MAPLES
Card 3782-663214-85006

| | Amount $ |
|---|---|
| **February 2, 2003*** PAYMENT RECEIVED - THANK YOU | 1,116.46 |

**January 17, 2003**
ALASKA AIRLINES    ET-PHX RES   WA                                                                                         839.90

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| PORTLAND OR | SEATTLE WA | AS | HA |
| | ANCHORAGE AK | AS | HA |
| | PORTLAND OR | AS | HA |
| | | AS | HA |

Ticket Number: 02721472038751
Passenger Name: BROWN, BOBMR
Document Type: PASSENGER TICKET

↓ Please fold on the perforation below, detach and return with your payment ↓

Continued on reverse ⇨

Prepared For
**TOM R MAPLES**
**MAR COM INC.**

Account Number
3782-663214-85006   Page 2 of 6.

**Transactions Continued**                                                         Amount $

### January 17, 2003                                                              839.90
ALASKA AIRLINES   ET-PHX RES   WA
From:            To:                        Carrier:   Class:
PORTLAND OR      SEATTLE WA                 AS         HA
                 ANCHORAGE AK               AS         HA
                 PORTLAND OR                AS         HA
                                            AS         HA

Ticket Number: 02721472038762
Passenger Name: CRAIG, DOUGLAS MR
Document Type: PASSENGER TICKET

### January 17, 2003                                                              936.90
ALASKA AIRLINES   PHX-TBM   AZ
From:            To:                        Carrier:   Class:
PORTLAND OR      SEATTLE WA                 AS         ME
                 ANCHORAGE AK               AS         ME
                 ANCHORAGE AK               AS         ME
                                            AS         ME

Ticket Number: 02721763807873
Passenger Name: MCDOUGALL, MICHAEL MR
Document Type: PASSENGER TICKET

### January 17, 2003                                                              936.90
ALASKA AIRLINES   PHX-TBM   AZ
From:            To:                        Carrier:   Class:
PORTLAND OR      SEATTLE WA                 AS         ME
                 ANCHORAGE AK               AS         ME
                 ANCHORAGE AK               AS         ME
                                            AS         ME

Ticket Number: 02721763807895
Passenger Name: LIDDELL, NEAL MR
Document Type: PASSENGER TICKET

Continued on next page

# PACIFIC LEGAL
LITIGATION SUPPORT SERVICES

610 S.W. Alder  
Suite 220  
Portland, OR 97205  
503-827-0558

Attention Accounts Payable  
Wood Tatum  
1001 SW 5th  
13th floor  
Portland, OR 97204

# Invoice

| Date | Invoice # |
|---|---|
| 6/4/2002 | 29517 |

| Client Matter | Terms | Rep | Job Number |
|---|---|---|---|
| 15500 | Net 15 | WC | 02065005 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Heavy Litigation Copying | 1,711 | 0.18 | 307.98 |
| 11 X 17 B&W Copies | 2 | 0.35 | 0.70 |
| Color Copies - 8.5 x 11 | 20 | 1.00 | 20.00 |
| Oversize Documents (per square foot) | 8 | 1.00 | 8.00 |

Craig - 15500

*entered 6/10/02*

Please pay from this invoice. No further notice will be sent. Thank you!

**Total** $336.68

Tax ID 91-1792556



# Invoice

**PACIFIC LEGAL**
*LITIGATION SUPPORT SERVICES*

610 S.W. Alder
Suite 220
Portland, OR 97205
503-827-0558

| Date | Invoice # |
|---|---|
| 12/16/2002 | 33214 |

**Attention Accounts Payable**
Wood Tatum
1001 SW 5th
13th floor
Portland, OR 97204

| Client Matter | Terms | Rep | Job Number |
|---|---|---|---|
| 15500 | Due15 | WC | 02125097 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Color Copies - 8.5 x 11 | 25 | 1.00 | 25.00 |
| Lorrie - 15500 | | | |

*entered 1/16/03*

Please pay from this invoice. No further notice will be sent. Thank you!

**Total** $25.00

Tax ID 91-1792556



**PACIFIC LEGAL**
LITIGATION SUPPORT SERVICES
610 S.W. Alder
Suite 220
Portland, OR 97205
503-827-0558

RECEIVED FEB 03 2003 WOOD TATUM

## Invoice

| Date | Invoice # |
|---|---|
| 1/30/2003 | 34037 |

Attention Accounts Payable

Wood Tatum
1001 SW 5th
13th floor
Portland, OR 97204

| Client Matter | Terms | Rep | Job Number |
|---|---|---|---|
| 15500 | Due15 | WC | 03015195 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Medium Litigation Copying | 900 | 0.15 | 135.00 |
| Color Copies - 8.5 x 11 | 12 | 1.25 | 15.00 |
| Lorrie - 1500 | | | |

*entered 2/14/03*

Please pay from this invoice. No further notice will be sent. Thank you!

**Total** $150.00

Tax ID 91-1792556

BOLAM & ASSOCIATES
COURT REPORTERS
601 S.W. SECOND AVENUE - SUITE 1940
PORTLAND, OREGON 97204
(503) 294-0346

** FAX NUMBER (503) 465-0239

DATE: SEPTEMBER 25, 2002

WOOD TATUM SANDERS & MURPHY

1001 S.W. FIFTH AVE. - SUITE 1300

PORTLAND, OR 97204

ATTORNEY: CRAIG MURPHY

CASE NAME: MAR COM, INC. VS. F/V HICKORY WIND

CASE NO.: A01-0063CIV (HRH)

DATE TAKEN: SEPTEMBER 10, 2002

DEPONENT: BOB BROWN

* INVOICE TOTAL: $165.00

* BALANCE DUE: $165.00

* 0-30    X  31-60    61-90    OVER 90

* APPEARANCE FEE: NO

* TRANSCRIPT FEE: YES - COPY

* REPORTER: CHRIS E. ROEMMICH

TAX ID NUMBER 93-1295293

*[handwritten: Ck Murphy #15500]*

*[stamp: PAID 165.00  DATE 10/22/02  CHECK NR. 15334]*

BOLAM & ASSOCIATES
COURT REPORTERS
601 S.W. SECOND AVENUE - SUITE 1940
PORTLAND, OREGON 97204
(503) 294-0346

** FAX NUMBER (503) 465-0239

DATE: JANUARY 27, 2003

WOOD, TATUM, SANDERS & MURPHY

1001 S.W. FIFTH AVE. - SUITE 1300

PORTLAND, OR 97204

ATTORNEY: CRAIG MURPHY

CASE NAME: MAR COM, INC. VS. F/V HICKORY WIND, ET AL.

CASE NO.: A01-0063CIV (HRH)

DATE TAKEN: SEPTEMBER 10, 2002

DEPONENT: NEAL LIDDELL

*handwritten: OK / HICKORY WIND 15500*

* INVOICE TOTAL: $64.00

* BALANCE DUE: $64.00

* 0-30   X   31-60   61-90   OVER 90

* APPEARANCE FEE: NO

* TRANSCRIPT FEE: YES - COPY

* REPORTER: CHRIS E. ROEMMICH

TAX ID NUMBER 93-1295293

PAID 64.⁰⁰
DATE 1/30/03
CHECK NR. 15549