Mark C. Manning
MARK C. MANNING, P.C.
431 West 7th Ave., Ste. 204
Anchorage, Alaska 99501
(907) 278-9794 fax 278-1169
manning@alaska.net
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| MAR COM, INC., an Oregon corporation,<br><br>               Plaintiff,<br><br>v.<br><br>F/V HICKORY WIND, official number D594154, its engines, tackle, gear, apparel, furniture, and equipment, *in rem*, and<br>HICKORY WIND, L.L.C., a Washington domestic limited liability company, *in personam*,<br><br>               Defendants. | Case No. 3:01-cv-00063-RRB |

**STIPULATION CONCERNING PAYMENT OF JUDGMENT AND TAXED COSTS AND DISBURSEMENT OF BALANCE OF CASH BOND**

Litigation of this action has been concluded. In March, 2001, Hickory Wind, LLC, deposited a special bond in this action pursuant to Rule E(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims, consisting of cash security in the amount of $210,000.00. The parties stipulate to the disbursement of this security as follows:

     1.     An amount equal to the sum of $152,926.99 and additional post-judgment interest at the rate of $4.72 per day from and including June 28, 2008, until disbursement is to be disbursed in satisfaction of the judgment in this action, inclusive of costs taxed. The $152,917.55 figure is to pay (1) the $140,134.52 March 13, 2003, judgment in this action, (2) post-judgment interest of $8,795.09 though June 27, 2008, and (3) taxed costs of

$3,997.38. The payee is to be "Mark C. Manning, P.C., in trust for A Space For You LLC", and the check is to be sent to Plaintiff's Alaska counsel's office at 431 West 7th Avenue, Suite 204, Anchorage, Alaska 99501.

2. Upon receipt of the clerk's check, counsel for Mar Com is to file a satisfaction of judgment in this action.

3. The remaining balance of the cash security, inclusive of interest earned, is to be paid to Hickory Wind, LLC. The payee should be "YOUNG, deNORMANDIE in trust for Hickory Wind, LLC", and the check should be sent to defense counsel's office at 1191 Second Avenue, Ste. 1901, Seattle, WA 98101. Hickory Wind's taxpayer identification number is 91-1811472 and its address is 231 West Comstock Circle North, Pahrump, Nevada 89048.

4. The clerk is to deduct from income earned on the investment of the security a fee, not exceeding that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office.

DATED this 27th day of June, 2008.

    s/ Mark C. Manning
MARK C. MANNING, P.C.
Counsel for Plaintiff
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

    s/ Dean G. von Kallenbach(consent)
Dean G. von Kallenbac, *pro hac vice*
YOUNG, deNORMANDIE
1191 Second Avenue, Ste. 1901
Seattle, WA 98101
(206) 224-9818
dgvk@ydnlaw.com