Mark C. Manning
MARK C. MANNING, P.C.
431 West 7th Ave., Ste. 204
Anchorage, Alaska  99501
(907) 278-9794 fax 278-1169
manning@alaska.net
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| MAR COM, INC., an Oregon corporation,<br><br>  Plaintiff,<br><br>v.<br><br>F/V HICKORY WIND, official number D594154, its engines, tackle, gear, apparel, furniture, and equipment, *in rem*, and<br>HICKORY WIND, L.L.C., a Washington domestic limited liability company, *in personam*,<br><br>  Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br>Case No.  3:01-cv-00063-RRB |

**ERRATUM**

Attached is a corrected stipulation, changing $152,917.55 in line 1 of paragraph 1 to the correct sum $152,926.99.

DATED this 1st day of July, 2008, at Anchorage, Alaska.

   s/ Mark C.  Manning
   MARK C.  MANNING, P.C.
   Counsel for Plaintiff
   431 West 7th Avenue, Ste. 204
   Anchorage, AK 99501
   Phone: (907) 278-9794
   Fax: (907) 278-1169
   **manning@alaska.net**
   ABA No. 8110066

I certify that a copy of the foregoing
has been served on 7/ 1/08

electronically on
John G. Young
Don G. von Kallenbach, Esq.
Young deNormandie et al.
1191 Second Avenue, Suite 1901
Seattle, WA 98101
206-224-9818
Fax: 296-623-6923
Email: jyoung@ydnlaw.com

 s/ Mark C. Manning
Mark C. Manning