Mark C. Manning
MARK C. MANNING, P.C.
431 West 7th Ave., Ste. 204
Anchorage, Alaska  99501
(907) 278-9794 fax 278-1169
manning@alaska.net
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| MAR COM, INC., an Oregon corporation,<br><br>    Plaintiff,<br><br>v.<br><br>F/V HICKORY WIND, official number D594154, its engines, tackle, gear, apparel, furniture, and equipment, *in rem*, and<br>HICKORY WIND, L.L.C., a Washington domestic limited liability company, *in personam*,<br><br>    Defendants. | Case No.  3:01-cv-00063-RRB |

**ERRATUM**

  Attached is a corrected proposed order, changing $152,917.55 in paragraph 1 to the correct sum, $152,926.99.

  DATED this 2d day of July, 2008, at Anchorage, Alaska.

            s/ Mark C.  Manning
            MARK C.  MANNING, P.C.
            Counsel for Plaintiff
            431 West 7th Avenue, Ste. 204
            Anchorage, AK 99501
            Phone: (907) 278-9794
            Fax: (907) 278-1169
            **manning@alaska.net**
            ABA No. 8110066

I certify that a copy of the foregoing
has been served on 7/ 2/08

electronically on
John G. Young
Don G. von Kallenbach, Esq.
Young deNormandie et al.
1191 Second Avenue, Suite 1901
Seattle, WA 98101
206-224-9818
Fax: 296-623-6923
Email: jyoung@ydnlaw.com


   s/ Mark C.  Manning
Mark C. Manning