IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| MAR COM, INC., an Oregon corporation,<br><br>              Plaintiff,<br><br>v.<br><br>F/V HICKORY WIND, official number D594154, its engines, tackle, gear, apparel, furniture, and equipment, *in rem*, and<br>HICKORY WIND, L.L.C., a Washington domestic limited liability company, *in personam*,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:01-cv-00063-RRB<br>)<br>) |

### ▓▓▓▓▓▓▓▓▓▓▓▓ ORDER CONCERNING PAYMENT OF JUDGMENT AND TAXED COSTS AND DISBURSEMENT OF BALANCE OF CASH BOND

Upon review of the parties' June 27, 2008, stipulation and of the papers relating thereto, it is hereby

ORDERED as follows:

1.    The clerk shall disburse an amount equal to the sum of $152,926.99 and additional post-judgment interest at the rate of $4.72 per day from and including June 28, 2008, until disbursement in satisfaction of the judgment in this action, inclusive of costs taxed. The $152,926.99 figure is to pay (1) the $140,134.52 March 13, 2003, judgment in this action, (2) post-judgment interest of $8,795.09 though June 27, 2008, and (3) taxed costs of $3,997.38. The payee is to be "Mark C. Manning, P.C., in trust for A Space For You LLC", and the check is to be sent to Mark C. Manning, P.C., at 431 West 7th Avenue, Suite 204, Anchorage, Alaska 99501.

2.    Upon receipt of the clerk's check, counsel for Mar Com is to file a satisfaction

of judgment in this action.

3. The clerk shall disburse the remaining balance of the cash security, inclusive of interest earned, to Hickory Wind, LLC. The payee should be "YOUNG, deNORMANDIE in trust for Hickory Wind, LLC", and the check is to be sent to defense counsel's office at 1191 Second Avenue, Ste.1901, Seattle, WA 98101. Hickory Wind's taxpayer identification number is 91-1811472 and its address is 231 West Comstock Circle North, Pahrump, Nevada 89048.

4. The clerk is to deduct from income earned on the investment of the security a fee, not exceeding that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office.

7/2/08
DATE

S/RALPH R BEISTLINE
RALPH R. BEISTLINE
DISTRICT COURT JUDGE

*Mar Com, Inc. v. HICKORY WIND*
Case no. 3:01-cv-00063-RRB                2