Mark C. Manning
MARK C. MANNING, P.C.
431 West 7th Ave., Ste. 204
Anchorage, Alaska  99501
(907) 278-9794 fax 278-1169
manning@alaska.net
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| MAR COM, INC., an Oregon corporation,<br><br>               Plaintiff,<br><br>v.<br><br>F/V HICKORY WIND, official number D594154, its engines, tackle, gear, apparel, furniture, and equipment, *in rem*, and<br>HICKORY WIND, L.L.C., a Washington domestic limited liability company, *in personam*,<br><br>               Defendants. | Case No.  3:01-cv-00063-RRB |

SATISFACTION OF JUDGMENT

Judgment creditor Mar Com, Inc., hereby acknowledges that judgment and cost award against Defendants in this action has been paid in full.

The judgment     _X_    has not been recorded.

                                  ___    has been recorded in the _____ recording district, document no. ____.

/
/

DATED this 9th day of July, 2008, at Anchorage, Alaska.

    s/ Mark C. Manning
MARK C. MANNING, P.C.
Counsel for Plaintiff
431 West 7th Avenue, Ste. 204
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
**manning@alaska.net**
ABA No. 8110066

I certify that a copy of the foregoing
has been served on   7 / 9 /08

electronically on
John G. Young , Esq.
Dean G. von Kallenbach, Esq.
Young deNormandie et al.
1191 Second Avenue, Suite 1901
Seattle, WA 98101

  s/ Mark C. Manning
Mark C. Manning